JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROBINSON,<br><br>        Petitioner,<br><br>   v.<br><br>J. PICKETT,<br><br>        Respondent. | Case No. 2:20-cv-0291-MCS (PD)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Amended Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: February 18, 2022

*/s/ Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRIC JUDGE